DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Frazier<br><br>Case below:<br>178 N.C. App. 742 | No. 461P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-800) | Denied<br>10/05/06 |
| State v. Fuller<br><br>Case below:<br>179 N.C. App. ——<br>(1 August 2006) | No. 451A06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-769)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br><br>2. Allowed<br>10/05/06 |
| State v. Glynn<br><br>Case below:<br>178 N.C. App. 689 | No. 480P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-1460)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/05/06<br><br>3. Denied<br>10/05/06 |
| State v. Green<br><br>Case below:<br>Forsyth County<br>Superior Court | No. 345P06 | Defendant-Appellant's Petition for Writ of Supersedeas | Dismissed as Moot<br>10/05/06 |
| State v. Hairston<br><br>Case below:<br>176 N.C. App. 408 | No. 404P06 | Def's PWC to Review Decision of COA<br>(COA04-1620) | Denied<br>10/05/06 |
| State v. Hairston<br><br>Case below:<br>167 N.C. App. 109 | No. 515P06 | Def's PWC to Review Decision of COA<br>(COA04-181) | Denied<br>10/05/06 |
| State v. Harris<br><br>Case below:<br>178 N.C. App. 723 | No. 472P06 | AG's PDR Under N.C.G.S. § 7A-31<br>(COA05-1031) | Allowed<br>10/05/06 |
| State v. Hart<br><br>Case below:<br>179 N.C. App. ——<br>(1 August 2006) | No. 446A06 | 1. Def's NOA Based Upon a Dissent (COA05-1488)<br><br>2. Def's PDR as to Additional Issues<br><br>3. Def's Counsel Motion for Leave to Withdraw as Counsel Due to Medical Condition | 1. ——<br><br><br>2. Denied<br>10/05/06<br><br>3. Allowed<br>10/05/06 |
| State v. Herring<br><br>Case below:<br>176 N.C. App. 395 | No. 178P06 | 1. Def's NOA Based Upon a Constitutional Question (COA05-265)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br><br>2. Allowed<br>10/05/06<br><br>3. Denied<br>10/05/06 |